UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENICH LEE,<br><br>      Plaintiff,<br><br>   v.<br><br>CHASE HOME FINANCE LLC,<br><br>      Defendant. | CIVIL ACTION<br><br>NO. 1:11-CV-3590-CAP |

## **O R D E R**

This matter is before the court on the plaintiff's motion for temporary restraining order [Doc. No. 2]. The following expedited briefing schedule will apply:

The defendant is ORDERED to file a response brief by October 27, 2011. The defendants should include a proposal for the appropriate amount of bond in this case, pursuant to Federal Rule of Civil Procedure 65(c).

The plaintiff is ORDERED to file a reply brief by November 7, 2011. The plaintiff should include his proposal for the amount of bond. Failure to submit his proposal for bond amount will result in dismissal of this action.

SO ORDERED, this 20th day of October, 2011.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge